UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JAMES JAY HUNT, | ) | No. SA CV 12-01859-RGK (VBK) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| CONNIE GIBSON, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Accepting the findings and recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 12, 2013

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE